**Criminal Case Cover Sheet**  **U.S. District Court - District of Massachusetts**

**Place of Offense:** Leominster  **Category No.** II  **Investigating Agency** FBI

**City** Leominster
**County** Worcester

**Related Case Information:**
Superseding Ind./ Inf. _____  Case No. 25-4401 (Complaint)
Same Defendant _____  New Defendant X
Magistrate Judge Case Number _____
Search Warrant Case Number 25-4398 (Home); 25-4399 (Person)
R 20/R 40 from District of _____

**Defendant Information:**
Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____  ☐ Yes  ☑ No

Defendant Name _____  Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No

Alias Name: _____
Address: 26 Gates Crossing, Leominster, Mass.
Birth date (Yr only): 1989  SSN (last 4#): 1357  Sex: M  Race: C  Nationality: USA

**Defense Counsel if known:** _____  Address: _____
Bar Number: _____

**U.S. Attorney Information**
AUSA: Danial Bennett  Bar Number if applicable: BBO # 657436

**Interpreter:** ☐ Yes  ☑ No  List language and/or dialect: _____

**Victims:** ☑ Yes  ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

**Matter to be SEALED:** ☐ Yes  ☑ No

☑ Warrant Requested  ☐ Regular Process  ☐ In Custody

**Location Status:** _____

**Arrest Date:** August 7, 2025

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:** ☑ Complaint  ☐ Information  ☐ Indictment
**Total # of Counts:** ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 8/8/2025  Signature of AUSA: *Danial E. Bennett*

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** _____

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC s 2252A(a)(5)(B),(b)(2) | Possession of Child Pornography | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**