# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| Brian Cook | ) Case No. 25-MJ-4401 |
| _Defendant_ | ) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 8/2/25

_Defendant's signature_

_Signature of defendant's attorney_

Richard Farrell
_Printed name and bar number of defendant's attorney_

47 Harvard St Worcester
_Address of defendant's attorney_

RAMALAWYER@YAHOO.com
_E-mail address of defendant's attorney_

508 393 3600
_Telephone number of defendant's attorney_

_FAX number of defendant's attorney_